UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLES WILLIAM LOGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant. | Case No: C 12-5908 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Susan Illston to consider whether it is related to <u>Logan v. Social Security Administration</u>, Case No. 04-2661 SI.

IT IS SO ORDERED.

Dated: January 10, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge