1
2
3
4
5
6
7                                    UNITED STATES DISTRICT COURT
8                              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                              OAKLAND DIVISION

10
11  CHARLES WILLIAM LOGAN,                        Case No: C 12-5908 SBA
12          Plaintiff,                            **ORDER OF REFERRAL TO**
                                                  **DETERMINE WHETHER CASES**
13      vs.                                       **ARE RELATED**
14  MICHAEL J. ASTRUE,
15          Defendant.

16
17       Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable
18  Susan Illston to consider whether it is related to <u>Logan v. Social Security Administration</u>,
19  Case No. 04-2661 SI.
20       IT IS SO ORDERED.
21
22  Dated: January 10, 2013                       _____
                                                  SAUNDRA BROWN ARMSTRONG
23                                                United States District Judge
24
25
26
27
28