**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAM LOGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant.<br>                                       / | No. C 12-05908 SI<br><br>**ORDER TO DEFENDANT TO SHOW CAUSE** |

Under the Court's Social Security Procedural Order, defendant's answer was due on or before April 23, 2013. As of the date of this Order, defendant has not filed an answer. Within twenty (20) days of the date of this Order, defendant shall (1) SHOW CAUSE in writing explaining why the answer was not timely filed, and (2) file the required answer and administrative record.

**IT IS SO ORDERED.**

Dated: May 15, 2013

                                                   SUSAN ILLSTON
                                                   UNITED STATES DISTRICT JUDGE