United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAM LOGAN,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL J ASTRUE, Commissioner of Social Security<br><br>      Defendant.<br>_____/ | No. C 12-05908 SI<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE** |

Under the Court's Social Security Procedural Order, plaintiff's motion for summary judgment or remand was due to be filed no more than 28 days after defendant's answer was filed. Thus, the motion was due by June 14, 2013. As of the date of this Order, no motion has been filed, nor has plaintiff sought or obtained an extension of time to file it.

Therefore, **plaintiff shall SHOW CAUSE why this case should not be dismissed by filing his motion for summary judgment or remand within fourteen (14) days of the date of this Order**. If plaintiff does not file his motion by this date, the Court will dismiss this appeal for failure to prosecute without further notice.

**IT IS SO ORDERED.**

Dated: September 3, 2013

                                              SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE