IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAM LOGAN, | No. C 12-05908 SI |
| Plaintiff, | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

Under the Court's Social Security Procedural Order, plaintiff's motion for summary judgment or remand was due to be filed by June 14, 2013. On September 3, 2013, the Court issued an Order to Show Cause informing plaintiff that he should file his motion for summary judgment or remand on or before **September 17, 2013**, or the Court would dismiss this action for failure to prosecute. Fed. R. Civ. Pro. 41(b). As of this date, plaintiff has not filed anything or contacted the Court to discuss the status of this action.

The Court, therefore, DISMISSES this action for failure to prosecute. Judgment shall be entered accordingly and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2013

SUSAN ILLSTON
United States District Judge